# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-3911

———————————————

JERMIE JAIRMIA BARNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

March 19, 2024

PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Paul D. Petruzzi, Miami, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.